# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| **LOUIS KERLINSKY** | ) | MBD No. 99mc10233 |
| | ) | |

**GERTNER, D.J.**

## MEMORANDUM AND ORDER
June 29, 2011

On December 3, 1997, the Supreme Judicial Court for Suffolk County ordered that Louis Kerlinsky be suspended from the practice of law for a period of two years.

On March 25, 1999, the Supreme Judicial Court vacated the order and issued an order suspending Mr. Kerlinsky for three years, retroactive to December 3, 1997. The Court's findings were reflected in a decision, In the Matter of Louis Kerlinsky, 428 Mass. 656 (1999).

Although the disciplinary order has expired, Mr. Kerlinsky has not been reinstated. Indeed, as of the date of this Order, he has not applied for reinstatement to the practice of law in the Commonwealth of Massachusetts.

On March 29, 2010, in accordance with Local Rule 83.6, this Court gave notice to the respondent of the filing of a certified copy of the judgment and order of the Supreme Judicial Court, and ordered respondent to show cause, within 30 days, why the imposition of identical discipline by this Court would be unwarranted, the reasons therefor, and whether he requested a hearing.

On April 13, 2010, the respondent requested a hearing. On June 25, 2010, that hearing was held. Bar counsel for the Commonwealth of Massachusetts was appointed to prosecute the disciplinary proceedings, in accordance with Local Rules 83.6(2)(F) and 83.6(9).

Respondent was to file his objections to the imposition of identical discipline, by reference to the record of the underlying disciplinary proceedings, and provide copies of the portions of the referenced record to the Court and her counsel, no later than June 21, 2010. He did so.

A hearing was held on June 25, 2010, at which Bar counsel and Mr. Kerlinsky attended.

Nothing in the materials Mr. Kerlinsky submitted or in his oral presentation explained why he had not applied for reinstatement, or justified the behavior on which the original suspension was based. Accordingly, this Court will impose the identical discipline as has the Supreme Judicial Court, namely suspension. If and when Mr. Kerlinsky's suspension is lifted with respect to practice in the Commonwealth of Massachusetts, he may reapply to be reinstated to the bar of the District of Massachusetts as well.

**SO ORDERED.**

**Date: June 29, 2011**  /s/ Nancy Gertner  
**NANCY GERTNER, U.S.D.J.**